UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **TERRENCE BENOIT** | **CIVIL ACTION NO. 07-39** |
| **VERSUS** | **SECTION "P"** |
| **BURL CAIN, WARDEN** | **JUDGE HAIK** |
| | **MAGISTRATE JUDGE HILL** |

## ORDER

On March 21, 2007, the undersigned issued a Report and Recommendation recommending dismissal of petitioner's *habeas corpus* action because petitioner failed to exhaust state court remedies prior to filing suit. [rec. doc. 7].  Thereafter, on March 23, 2007, the Louisiana Supreme Court denied writs in a matter that was pending when the Report and Recommendation was issued. *See State of Louisiana ex rel. Terrance Benoit v. State of Louisiana*, 2006-KH-1553, 951 So.2d 1098 (La. 3/23/2007); *See also* rec. doc. 8.  Accordingly, it is no longer clear whether all of the claims in the instant petition remain unexhausted or whether the instant petition constitutes a "mixed" petition, containing both exhausted and unexhausted claims.  Therefore;

**IT IS ORDERED** that the Report and Recommendation issued on March 21, 2007 [rec. doc. 7] is hereby **vacated.**  The case will be directed to the *pro se* attorney for additional initial review.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 14th day of May, 2007.

*C. Michael Hill*
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE